# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE VENTO,                           ) | |
| 3905 State Street,                     ) | |
| Suite 7-139                            ) | |
| Santa Barbara, CA 93105,               ) | |
| NICOLE MOLLISON,                       ) | |
| 110 Crane Drive,                       ) | |
| San Anselmo, CA 94960                  ) | |
|           Plaintiffs.        ) | |
|     v.                        ) | Civ. No. |
| INTERNAL REVENUE SERVICE,              ) | |
| 1111 Constitution Ave., N.W.           ) | |
| Washington, D.C. 20224                 ) | |
|           Defendant.         ) | |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

COMES NOW the Plaintiffs, by and through their counsel, Marjorie Rawls Roberts, P.C., to petition this Court, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et. seq.,* as amended, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from Plaintiffs Renee Vento and Nicole Mollison (collectively the "Plaintiffs"), by the Defendant, the Internal Revenue Service ("IRS").

## Jurisdiction and Venue

2. This Court has jurisdiction over the matter pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331 because this is an action to enforce the FOIA.

3. Venue lies in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

**Parties**

4. The Plaintiffs, requesters of the agency records that have been improperly withheld, are individuals residing in the State of California.

5. The Defendant, the IRS, is a component entity of the Department of the Treasury, which is a Department of the Executive Branch of the United States Government. The IRS has its headquarters in Washington, D.C., within this judicial district. The IRS is an "agency" within the meaning of 5 U.S.C. § 552(f). The IRS has possession and control of the records requested by Plaintiff.

**Plaintiffs' FOIA Request**

6. On June 6, 2007, Plaintiffs through their attorney, Marjorie Rawls Roberts, made their initial FOIA request. Attached hereto and incorporated by reference as "Exhibit A" is a true and correct copy of the July 9, 2007, correspondence.[1] On July 9, 2007, the IRS responded to the Plaintiffs' initial FOIA requested and indicated that a response would be forthcoming by October 10, 2007. Attached hereto and incorporated by reference as "Exhibit B" is a true and correct copy of the July 9, 2007, correspondence.

7. On January 10, 2008, the IRS requested an extension of time to April 10, 2008, to respond to the Plaintiffs' initial FOIA request. Attached hereto and incorporated by reference as "Exhibit C" is a true and correct copy of the January 10, 2008, correspondence.

---

[1] The June 6, 2007, correspondence to the IRS for Renee Vento is identical to the June 6, 2007, correspondence to the IRS for Nicole Mollison.

8.      On April 30, 2008, the IRS for the first time requested a payment in the amount of $1,955.00 for the estimated costs involved to produce the documents in response to the Plaintiffs' FOIA request. Attached hereto and incorporated by reference as "Exhibit D" is a true and correct copy of the April 30, 2008, correspondence.

9.      On October 21, 2008, the Plaintiffs sent to the IRS a check made payable to the United States Department of the Treasury in the amount of $1,955.00 with correspondence that memorialized attorney Joseph A. DiRuzzo's conversation with IRS Disclosure Specialist Kathy Brewer (ID # 0274244).  As evidenced in the correspondence, the parties agreed that to the extent that the requested documents had already been determined by the IRS as not to need redaction, those documents would be sent to the undersigned as soon as possible.  However, those documents that required redaction would be sent under separate cover.  The check and request with the IRS for information was pursuant to FOIA ("Plaintiffs' FOIA Request"). Attached hereto and incorporated by reference as "Exhibit E" is a true and correct copy of the October 21, 2008 correspondence.

10.     On October 31, 2008, the Defendant produced approximately 2,136 pages to the Plaintiffs after it determined the documents to be releasable.  Attached hereto and incorporated by reference as "Exhibit F" is a true and correct copy of the Defendant's transmittal letter without enclosures.

11.     On November 17, 2008, the Defendant sent correspondence to Marjorie Rawls Roberts, Esq., as required by 5 U.S.C. § 552(a)(6)(B(i), informing the Plaintiffs that the Defendant would be invoking a ten (10) day statutory extension of time.  The Defendant requested a further extension of time until January 21, 2009 when it believed that a final response could be provided.  The Plaintiffs were precluded from an administrative appeal of the

ten (10) day statutory extension and from an administrative appeal of the unilateral January 21, 2009, production date because an administrative appeal is limited to a denial of records. Attached hereto and incorporated by reference as "Exhibit G" is a true and correct copy of the November 17, 2008 correspondence.

12. On December 3, 2008, the Defendant partially responded to the Plaintiffs' initial FOIA request and produced 1,960 pages.  Of the 1,960 pages, 18 pages were withheld in part and two pages were withheld in full.  Attached hereto and incorporated by reference as "Exhibit H" is a true and correct copy of the December 3, 2008, correspondence.

13. An agency must respond to a request for documents pursuant to 5 U.S.C. § 552(a)(6)(A)(i) within twenty (20) working days.

14. The statutory period for responding to the Plaintiffs'' FOIA request has lapsed and, to date, the IRS has not provided all the records requested by the Plaintiffs in Plaintiffs' FOIA Request.  The IRS has improperly withheld the requested documents from the Plaintiffs.

15. The improper withholding of the requested documents has irreparably harmed the Plaintiffs by preventing them from reviewing the documents in the Defendant's possession and by preventing the Plaintiffs the ability to exercise a valuable statutory right conferred by Congress pursuant to the FOIA.

16. The actions of the IRS, as stated above, are a violation of the FOIA, 5 U.S.C. § 552 *et. seq.,* as amended.

### Prayer for Relief

WHEREFORE, the Plaintiffs pray that this honorable Court:

(A) Order the Defendant to disclose the requested records in their entireties and make copies available to Plaintiff;

(B) Provide for expeditious proceedings in this action;

(C) Award Plaintiffs their cost and reasonable attorneys' fees incurred in this action; and

(D) Grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,


/s/_____
Sean E. Foster, Esq.
DC Bar #476758
As Counsel for Plaintiffs
Law Office of Marjorie Rawls Roberts, P.C.
1 Hibiscus Alley
St. Thomas, VI 00802
340.776.7235 (office)
340.776.7951 (fax)