IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE VENTO<br>3905 State Street, Suite 7-139<br>Santa Barbara, California  93105<br><br>and<br><br>NICOLE MOLLISON<br>110 Crane Drive<br>San Anselmo, California  94960<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE<br>1111 Constitution Avenue, N.W.<br>Washington, DC  20224<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:09-cv-00289 RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER**

Defendant Internal Revenue Service, through undersigned counsel, responds as follows to the numbered paragraphs of plaintiffs' complaint for declaratory and injunctive relief:

FIRST DEFENSE

Defendant has not improperly withheld documents from plaintiffs.

SECOND DEFENSE

To the extent records responsive to plaintiffs' requests under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), have been withheld, they are exempt from production pursuant to 5 U.S.C. § 552(b)(3) (in conjunction with 26 U.S.C. § 6103), (b)(5), and (b)(7)(c).

THIRD DEFENSE

Plaintiffs are not entitled to attorney fees or litigation costs.

FOURTH DEFENSE

FOR ITS FURTHER DEFENSE, defendant Internal Revenue Service responds to the numbered paragraphs of plaintiffs' complaint for declaratory and injunctive relief as follows:

2.[1]  Admits.

3.  Admits.

4.  Admits that plaintiffs are the requester of the agency records and that plaintiffs are individuals residing in the State of California. Defendant denies the remaining allegations contained in paragraph 4 of plaintiff's complaint.

5.  Admits.

6.  Admits.  Defendant further admits that Exhibit A is a true and correct copy of what it purports to be (without enclosures), but denies any allegations of fact or law contained therein unless expressly admitted in this answer.  Defendant further admits that Exhibit B is a true and correct copy of what it purports to be.

7.  Admits.  Defendant further admits that Exhibit C is a true and correct copy of what it purports to be.

8.  Admits.  Defendant further admits that Exhibit D is a true and correct copy of what it purports to be.

9.  Admits.  Defendant further admits that Exhibit E is a true and correct copy of what it purports to be, but denies any allegations of fact or law contained therein unless expressly admitted in this answer.

10.  Admits.  Defendant further admits that Exhibit F is a true and correct copy of

---

[1] Plaintiffs' complaint does not contain a paragraph 1.

what it purports to be (without enclosures).

11.   Admits.  Defendant further admits that Exhibit G is a true and correct copy of what it purports to be.

12.   Admits.  Defendant further admits that Exhibit H is a true and correct copy of what it purports to be (without enclosures).

13.   Admits.

14.   Denies that the IRS has improperly withheld the requested documents from the plaintiffs.  Defendant admits the remaining allegations contained in paragraph 14 of plainitffs' complaint.

15.   Denies.

16.   Denies.

WHEREFORE, the Internal Revenue Service prays that this Court enter an order:

A.  Dismissing this action with prejudice; and

B.  Awarding such other and further relief as is just and proper in the circumstances.

Dated: April 8, 2009.

/s/ Gerald A. Role
GERALD A. ROLE, D.C.Bar No. 415274
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-0461

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

174751.1